UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN BURKE,                                         :
                                                     :   <u>ORDER</u>
              Plaintiff,                             :   18 Civ. 4496 (PGG) (GWG)
                                                     :
     -v.-                                            :
                                                     :
VERIZON COMMUNICATIONS, INC., et al.,                :
                                                     :
              Defendants.                            :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference in this matter is scheduled for Tuesday, October 27, 2020, at 2:15 p.m. At that date and time, the plaintiff and the attorney for Housing & Services, Inc., Kenmore Associates, L.P., Kenmore Housing Corporation, and Kenmore Housing Development Fund Corporation must dial in to the Court's teleconference line: (888)-557-8511, access code: 6642374. While the public may dial in to listen to the call, this conference call may <u>not</u> be recorded or disseminated in any other way.

      Any attorney on this matter is responsible for ensuring prior to this conference that the pro se plaintiff has received this Order and is aware that he must dial into the conference call at the above date and time.

      Immediately upon receipt of this Order, any attorney on this case shall arrange for a copy of this Order to be sent to any pro se party.

      SO ORDERED.

Dated: October 13, 2020
      New York, New York

                                                                                                             _____
                                                                                           GABRIEL W. GORENSTEIN
                                                                                           United States Magistrate Judge