# MALAPERO PRISCO & KLAUBER LLP

COUNSELORS AT LAW
271 MADISON AVENUE, 17TH Floor
NEW YORK, NEW YORK 10016-1023

TELEPHONE: (212) 661-7300
FACSIMILE: (212) 661-7640
E-MAIL: defense@malaperoprisco.com

RAYMOND J. MALAPERO\*
JOSEPH J. PRISCO\*
ANDREW L. KLAUBER\*

CYNTHIA P. CAMACHO   MARY BETH HARMON
MARK A. BETHMANN†   STEPHANIE A. TEBBETT
THERESE A. EVANS
GLENN E. RICHARDSON (1952-2016)

JOHN J. PEPLINSKI         GREG M. BERNHARD       BRIAN M. HEALY†
JEFFREY N. REJAN          KEVIN S. LOCKE          MICHAEL E. HAND
VICKI S. LICATA           JYOTI HALSBAND\*         JONATHAN E. GLASER\*
ROBERT L. EMMONS          PATRICK LITTLE\*\*        NICOLE G. LYALIN
MELANIE ROWAN-QUINN\*      ROSE STINGO\*\*           BEVERLY T. MCGRATH†
WILLIAM B. CUNNINGHAM     RICHARD TEER\*\*          AMANDA N. WALSH
FRANCIS B. MANN, JR.      JOHN J. CARUSO IV
PETER IANNACE             KENNETH J. MASTELLONE

WESTCHESTER OFFICE
1 NORTH BROADWAY, Suite 201
WHITE PLAINS, NEW YORK 10601

NEW JERSEY OFFICE
MALAPERO, PRISCO, KLAUBER & LICATA LLP
PARAMUS PLAZA IV
12 N STATE ROUTE 17, SUITE 212
PARAMUS, NEW JERSEY 07652
TEL.: (201) 820-3488
FAX: (201) 820-3491

OF COUNSEL
THOMAS M. LICATA\*

\*ADMITTED IN NEW JERSEY
†ADMITTED IN CONNECTICUT
\*\*ADMITTED IN NEW JERSEY ONLY

September 10, 2021

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

    Re:    Burke v. Verizon Communications, Inc. et al.
            Docket: 18 CIV 4496 (PGG) (GWG)
            Our File No.: 82-1046

Dear Magistrate Judge Gorenstein:

       We represent defendants Housing and Services, Inc., Kenmore Housing Development Fund Corporation, Kenmore Housing Corp. and Kenmore Associates, L.P. in the above captioned action. This correspondence sets forth the agreed briefing schedule with respect to our motion for summary judgment.

       It is noted that plaintiff requested that we inform the Court that he objects to our being permitted to move for summary judgment pending a decision from Judge Gardephe with respect to the papers he submitted as Document No. 169, denominated as, "Plaintiff's Motion to Appeal Magistrate's Orders and for Reconsideration by Magistrate, to Strike/In Limine to Stay Proceedings, and other Relief, Affirmation and Memorandum of Law and Exhibits," concerning which you issued a "so ordered" memorandum endorsement denying reconsideration (Document No. 170.)

       Notwithstanding the foregoing, plaintiff consented to a briefing schedule. Pursuant to same, plaintiff will serve and file his opposition to the summary judgment motion by October 22, 2021. The moving defendants will serve and file reply papers by November 12, 2021. It is

Hon. Gabriel W. Gorenstein
*Burke v. Verizon Communications et al.*
Page 2

further noted that the foregoing was intended to take into account that plaintiff is self-represented and that the undersigned is scheduled to undergo left hip replacement surgery on October 12, 2021.

We trust that the foregoing is satisfactory.

Respectfully submitted,

MALAPERO PRISCO & KLAUBER LLP

Jeffrey N. Rejan (JNR1580)

JNR/ort

cc: **VIA EMAIL: briantburke@gmail.com**
Mr. Brian Burke

**The proposed schedule is approved.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 13, 2021

**COPY MAILED TO PLAINTIFF BY CHAMBERS**

371943102.DOCX