**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRIAN BURKE,

                     Plaintiff,

      -against-                                        18 **CIVIL** 4496 (PGG)(GWG)

                                                               **<u>JUDGMENT</u>**

VERIZON COMMUNICATIONS, INC.;
HOUSING & SERVICES, INC.; KENMORE
HOUSING DEVELOPMENT FUND CORPORATION;
KENMORE HOUSING CORPORATION; KENMORE
ASSOCIATES, L.P.; NEW YORK CITY TRANSIT
AUTHORITY; NEW YORK CITY HEALTH &
HOSPITALS CORPORATION (BELLEVUE); NEW
YORK CITY POLICE DEPARTMENT; NEW YORK
CITY FIRE DEPARTMENT; RYAN CAMIRE
L.C.S.W.; CITY UNIVERSITY OF NEW YORK;
TRANSPORT WORKERS UNION LOCAL 100;
MADELINE O'BRIEN; JOHN/JANE DOE; DERICK
ECHEVARRIA; JOHNSON CONTROLS, INC.;
THE CITY OF NEW YORK; AND THE ATTORNEY
GENERAL OF NEW YORK,

                              Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 16, 2023, this Court has adopted the R&R's recommendations that the Kenmore Defendants' motion for summary judgment be granted as to Burke's claims under the False Claims Act, HIPAA, and the ADA, and that this Court decline to exercise supplement jurisdiction over Burke's pendent state law claims. The Kenmore Defendants' motion for summary judgment is granted. All of Burke's claims against named Defendants have been dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

       March 16, 2023

                                                              **RUBY J. KRAJICK**

                                                      _____
                                                      **Clerk of Court**

                           **BY:**    *K. Mango*

                                                      _____
                                                      **Deputy Clerk**